IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ORLANDO BETHEL, et al.,
     Plaintiffs,

vs.                                       Case No.: 3:06cv530/RV/EMT

ESCAMBIA COUNTY FL., et al.,
     Defendants.
_____/

## REPORT AND RECOMMENDATION

     This cause is before the court upon referral from the clerk.  Plaintiffs commenced this action by filing a civil rights complaint (Doc. 1).  On December 14, 2006, this court entered an order giving Plaintiffs until January 5, 2007 in which to file pay the $350.00 filing fee (Doc. 9).  Plaintiffs failed to respond to the order, therefore, on January 10, 2007, the court issued an order requiring Plaintiffs to show cause, within twenty (20) days, why this action should not be dismissed for failure to comply with an order of the court (Doc. 10).  The time for compliance with the show cause order has now elapsed with no response from Plaintiffs.

     Accordingly, it is respectfully **RECOMMENDED**:

     That this case be **DISMISSED WITHOUT PREJUDICE** for Plaintiffs' failure to comply with an order of the court.

     At Pensacola, Florida, this 31st day of January 2007.


/s/ Elizabeth M. Timothy
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  **Any different deadline that may appear on the electronic docket is for the court's internal use only.**  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).