IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ORLANDO BETHEL, et al.,
    Plaintiffs,

vs.                                        Case No.: 3:06cv530/RV/EMT

ESCAMBIA COUNTY FL., et al.,
    Defendants.
_____/

## O R D E R

       This cause comes on for consideration upon the magistrate judge's report and recommendation dated January 31, 2007.  Plaintiffs have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a _de novo_ determination of all timely filed objections.

       Having considered the report and recommendation, and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

       Accordingly, it is now **ORDERED** as follows:

       1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

       2.  This case is **DISMISSED WITHOUT PREJUDICE** for Plaintiffs' failure to comply with an order of the court.

       **DONE AND ORDERED** this 26th day of February, 2007.


                                      /s/ _Roger Vinson_
                                      **ROGER VINSON**
                                      **SENIOR UNITED STATES DISTRICT JUDGE**